CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 4 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**ELMER L. BARLEY,**
    Petitioner,

v.

**COMMONWEALTH OF VIRGINIA,**
    Respondent.

Civil Action No. 7:08-cv-00369

**FINAL ORDER**

By:   James C. Turk
Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive and stricken from the active docket of the court.

    The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

    ENTER: This 24th day of June, 2008.

                    /s/ James C. Turk
                    Senior United States District Judge